JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE ARBITRATION BETWEEN TRADEWINDS LTD., d/b/a TRADEWINDS CONSULTING, LTD. | Case No. 2:17-cv-01292-RGK-RAO |
|---|---|
| | Assigned to Hon. R. Gary Klausner Ctrm. 850 |
| Petitioner, | **[PROPOSED] JUDGMENT** |
| v. | |
| GRUPO DOLPHIN DISCOVERY and CONTROLADORA DOLPHIN S.A. de C.V., | **Petition Filed: February 16, 2017** |
| Respondents. | |

THIS CAUSE came before the Court on the Petition To Confirm Arbitration Award filed by Petitioner Tradewinds Ltd., d/b/a Tradewinds Consulting, Ltd. ("Petitioner" or "Tradewinds"). Having reviewed the parties' submissions and the applicable law, and having confirmed the underlying arbitration award, the Court hereby enters judgment against Respondents

1
[PROPOSED] JUDGMENT

Grupo Dolphin Discovery and Controladora Dolphin S.A. de C.V. ("Respondents") as follows:

An arbitration was conducted and resulted in a foreign arbitral award entered in favor of Petitioner and against Respondents on October 11, 2016. The award was confirmed by this Court on May 31, 2017 [D.E. 27]. Therefore, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., this Court hereby enters judgment consistent with the October 11, 2016 award. Therefore, it is

ORDERED AND ADJUDGED that Grupo Dolphin Discovery and Controladora Dolphin, S.A. de C.V. shall pay Tradewinds Ltd. the amount of $3,678,419.13 (the "Capital Amount"). This total is comprised of: $2,875,000.00, the "Principal Amount"; plus $286,060.00 in arbitration attorney's fees, plus $47,979.73 in arbitration costs, plus $469,379.40 in pre-judgment interest (interest on the principal amount at 10% per annum, or $787.65 per day (as provided by the arbitration award, D.E. 1-3, §15, p. 33-34 and "Award", §B, p. 36), from October 9, 2015 until June 5, 2017);

It is FURTHER ORDERED AND ADJUDGED that in addition, Grupo Dolphin Discovery and Controladora Dolphin, S.A. de C.V. shall pay Tradewinds Ltd. additional prejudgment interest on the Principal Amount at the rate of $787.65 per day for each day from June 5, 2017 until this judgment is entered, and that these amounts should be added to the Capital Amount up until the date that this judgment is entered.

It is FURTHER ORDERED AND ADJUDGED that in addition, pursuant to 28 U.S.C. §1961, Grupo Dolphin Discovery and Controladora Dolphin, S.A. de C.V. shall pay Tradewinds Ltd. postjudgment interest at the rate of 1.16% per annum on the Capital Amount or any portion thereof that remains unpaid.

It is FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction to award to Tradewinds Ltd. additional attorneys' fees and costs relating to the confirmation of the October 11, 2016 arbitration award and the collection of this judgment, and shall retain jurisdiction to award to Tradewinds Ltd. additional interest as provided by this judgment.

Dated: June 07, 2017  _____

United States District Judge

Submitted by:

Travis A. Corder (SBN # 237575)
Email: travisacorder@gmail.com
CORDER LAW OFFICE
11355 W. Olympic Blvd., Ste. 200
Los Angeles, CA  90064
Telephone:  (310) 775-5762
Facsimile:  (310) 861-0320

*Attorney for Petitioner*
TRADEWINDS LTD., d/b/a
TRADEWINDS CONSULTING, LTD.