Averil K. Andrews (SBN: 315843)
Patrick D. Vellone (admitted *pro hac vice*)
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
P: (303) 534-4499
Email: aandrews@allenvellone.com

Travis A. Corder (SBN: 237575)
Corder Law Office
815 Moraga Drive, Suite 300
Los Angeles, CA 90049
P: 310-775-5762
Email: travisacorder@gmail.com

*Attorneys for Petitioner/Judgment Creditor*
*Tradewinds Ltd.*

CLOSED

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| In the Matter of the Arbitration Between | Case No. 2:17-cv-01292-RGK-RAO |
|---|---|
| TRADEWINDS LTD., d/b/a/ TRADEWINDS CONSULTING, LTD., | **[PROPOSED] AMENDED JUDGMENT** |
| Petitioner/Creditor, | Assigned to the Hon. R. Gary Klausner |
| v. | Courtroom 850 |
| GROUPO DOLPHIN DISCOVERY AND CONTROLADORA DOLPHIN S.A. DE C.V., | |
| Respondents/Debtors. | |

///
///
///

1    Pursuant to (1) this Court's March 21, 2024 *(In Chambers) Order Re:*
2    *Motion to Amend Judgment [DE 66]* [D.E. 83];
3    (2) this Court's July 31, 2017 *Minute (In Chambers) Order Re: Motion for*
4    *Post-Arbitration Attorneys' Fees* [D.E. 36] awarding Petitioner Tradewinds Ltd.,
5    d/b/a Tradewinds Consulting, Ltd. $51,502.00 in postjudgment attorneys' fees
6    against original Respondents Grupo Dolphin Discovery and Controladora Dolphin
7    S.A. de C.V.; and
8    (3) this Court's August 14, 2017 *Bill of Costs* [D.E. 37] that taxed costs in the
9    amount of $635.25 against the original Respondents, this Court hereby amends the
10    original June 7, 2017 Judgment [D.E. 31] in this matter to read and provide as
11    follows:
12
13    THIS CAUSE came before the Court on the Petition To Confirm Arbitration
14    Award filed by Petitioner Tradewinds Ltd., d/b/a Tradewinds Consulting, Ltd.
15    ("Petitioner" or "Tradewinds") [D.E. 1]. Having reviewed the parties' submissions
16    and the applicable law, having confirmed the underlying arbitration award, having
17    already entered an original judgment in this matter [D.E. 31], having entered an
18    award of post-judgment attorneys' fees [D.E. 36], and costs having been taxed
19    [D.E. 37], the Court hereby enters this amended judgment amending the original
20    judgment [D.E. 31] by, *inter alia,* adding the The Dolphin Company as an
21    additional judgment debtor and party Respondent, as follows (hereinafter, Grupo
22    Dolphin Discovery, The Dolphin Company and Controladora Dolphin S.A. de C.V.
23    are referred to collectively as the "Respondents").
24    An arbitration was conducted and resulted in a foreign arbitral award entered
25    in favor of Petitioner and against Respondents on October 11, 2016. The award was
26    confirmed by this Court on May 31, 2017 [D.E. 27].   Therefore, pursuant to the
27    Federal Arbitration Act, 9 U.S.C. § 1 et seq., this Court hereby enters judgment
28    consistent with the October 11, 2016 award.  Therefore, it is hereby

ORDERED AND ADJUDGED that Grupo Dolphin Discovery, The Dolphin Company and Controladora Dolphin S.A. de C.V. shall pay Tradewinds Ltd. the amount of $3,678,419.13 (the "Capital Amount"). This total is comprised of: $2,875,000.00, the "Principal Amount"; plus $286,060.00 in arbitration attorney's fees, plus $47,979.73 in arbitration costs, plus $469,379.40 in pre-judgment interest (interest on the principal amount at 10% per annum, or $787.65 per day (as provided by the arbitration award, D.E. 1-3, §15, p. 33-34 and "Award", §B, p. 36), from October 9, 2015 until June 5, 2017);

It is FURTHER ORDERED AND ADJUDGED that in addition, Grupo Dolphin Discovery, the Dolphin Company and Controladora Dolphin S.A. de C.V. shall pay Tradewinds Ltd. additional prejudgment interest on the Principal Amount at the rate of $787.65 per day for the two days (June 5 and 6, 2017) that fell between the original calculation of the Capital Amount (including prejudgment interest) set forth above and the day the original judgment [D.E. 31] was entered, June 7, 2017, and that this total additional prejudgment interest amount, $1,575.30, representing the two additional prejudgment days, is hereby added to the Capital Amount, increasing the Capital Amount to $3,679,994.43;

It is FURTHER ORDERED AND ADJUDGED that in addition, pursuant to 28 U.S.C. §1961, Grupo Dolphin Discovery, the Dolphin Company and Controladora Dolphin S.A. de C.V. shall pay Tradewinds Ltd. postjudgment interest beginning June 7, 2017, the date the original judgment [D.E. 31] was entered, at the rate of 1.16% per annum, compounded annually, on the Capital Amount or any portion thereof that remains unpaid;

It is FURTHER ORDERED AND ADJUDGED that in addition, pursuant to this Court's July 31, 2017 *Minute (In Chambers) Order Re: Motion for Post-Arbitration Attorneys' Fees* [D.E. 36] that awarded Petitioner Tradewinds Ltd. $51,502.00 in post-arbitration (postjudgment) attorneys' fees against original Respondents Grupo Dolphin Discovery and Controladora Dolphin S.A. de C.V.

[D.E. 36], the Court further enters judgment in the additional amount of $51,502.00 (the "First Attorneys' Fees Award") against Respondents Grupo Dolphin Discovery, the Dolphin Company and Controladora Dolphin S.A. de C.V. and in favor of Tradewinds Ltd. and orders and adjudges that Respondents Grupo Dolphin Discovery, The Dolphin Company and Controladora Dolphin S.A. de C.V. shall pay Tradewinds Ltd. that amount plus postjudgment interest on the First Attorneys' Fees Award at the rate of 1.22% per annum, compounded annually, accruing from July 31, 2017, on any portion thereof that remains unpaid;

It is FURTHER ORDERED AND ADJUDGED that, pursuant to this Court's August 14, 2017 *Bill of Costs* [D.E. 37] that taxed (awarded) costs in the amount of $635.25 against original Respondents Grupo Dolphin Discovery and Controladora Dolphin S.A. de C.V. and in favor of Tradewinds Ltd., Respondents Grupo Dolphin Discovery, the Dolphin Company and Controladora Dolphin S.A. de C.V. shall pay Tradewinds Ltd. $635.25 in costs and postjudgment interest thereon at the rate of 1.16% per annum accruing from August 14, 2017, compounded annually, on any portion thereof that remains unpaid;

It is FURTHER ORDERED AND ADJUDGED that this Court shall retain jurisdiction to award to Tradewinds Ltd. additional attorneys' fees and costs relating to the confirmation of the October 11, 2016 arbitration award and the collection of this judgment, and shall retain jurisdiction to award to Tradewinds Ltd. additional interest as provided by this judgment.

Dated: 4/4/2024

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE

1   Submitted by:
2   Averil K. Andrews (SBN: 315843)
    Patrick D. Vellone (admitted *pro hac vice*)
3   Allen Vellone Wolf Helfrich & Factor P.C.
    1600 Stout Street, Suite 1900
4   Denver, CO 80202
    P: (303) 534-4499
5   Email: aandrews@allenvellone.com
6
    Travis A. Corder (SBN: 237575)
7   Corder Law Office
    815 Moraga Drive, Ste. 300
8   Los Angeles, CA 90049
    Tel. (310) 775-5672
9   Facsimile: (310) 861-0320
    Email: travisacorder@gmail.com
10
11  *Attorneys for Petitioner*
    TRADEWINDS LTD., d/b/a
12  TRADEWINDS CONSULTING, LTD.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28